# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-pq-01384-NJR |
| **This Document Relates to:** | MDL No. 3004 |
| FRANKLIN DALL AND JOANN DALL, Plaintiffs, v. SYNGENTA CROP PROTECTION, LLC.; SYNGENTA AG; and CHEVRON U.S.A., INC.; Defendants. | |

## MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE FIRST AMENDED COMPLAINT

This Motion is being brought along with a suggestion of death, and a Motion to Appoint and Substitute Plaintiff Joann Dall, as Special Representative of the Estate of Franklin Dall, for Plaintiff Decedent Franklin Dall. Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15.1, Plaintiffs hereby move the Court for leave to file their First Amended Complaint, attached hereto as Exhibit A. The First Amended Complaint substitutes Joann Dall, as Special Representative for the Estate of Franklin Dall, and adds a wrongful death (Count 8) and survival claim (Count 9). The First Amended Complaint is also being amended to comport with this Court's February 14, 2022 ruling. *See In re: Paraquat Prods. Liab. Litig.*, 2022 WL 451898 (S.D. Ill. Feb. 14, 2022). Specifically, Plaintiff has removed the previously-alleged Public Nuisance Count. The Defendants will not suffer prejudice by the Court allowing Plaintiffs leave to the amend the Complaint as stated above.

WHEREFORE, Plaintiffs move this Court for leave to amend their Complaint and file

1

Plaintiffs' First Amended Complaint.

**Dated this 20th day of May, 2022.**         Respectfully submitted,

*/s/A. Layne Stackhouse*
A. LAYNE STACKHOUSE
Kentucky State Bar #94038
layne@shraderlaw.com
ALLYSON ROMANI
Illinois State Bar #6283868
allyson@shraderlaw.com
SHRADER & ASSOCIATES, LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
Telephone: (713) 782-0000
Facsimile: (713) 571-9605

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*